UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHULAM-MITE GF ONATO And EMELYN ONATO, <br><br> Plaintiffs, <br><br> v. <br><br> FREMONT INVESTMENT AND LOAN, VANDERBILT MORTGAGE AND FINANCE, INC., and DOES 1-10, <br><br> Defendants. | No. C09-0814 MJP <br><br> DEFENDANT FREMONT REORGANIZING CORPORATION'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, Fremont Reorganizing Corporation, formerly known as Fremont Investment & Loan, is a subsidiary of Fremont General Credit Corporation, a California corporation, which is a subsidiary of Fremont General Corporation, a Nevada corporation.

DATED this 29th day of July, 2009.

FOSTER PEPPER PLLC


/s/ Miriam H. Cho
Rodrick J. Dembowski, WSBA #31479
Miriam H. Cho, WSBA #40238
Attorneys for Defendant Fremont Investment and Loan

DEFENDANT FREMONT REORGANIZING
CORPORATION'S CORPORATE DISCLOSURE
STATEMENT - 1
Case No. C09-0814 MJP

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51004317.1

**CERTIFICATE OF SERVICE**

I, Colleen A. Broberg, state that I am a citizen of the United States of America and a resident of the State of Washington, I am over the age of eighteen years, I am not a party to this action, and I am competent to be a witness herein.

That on July 29, 2009 copies of the following documents were served via electronic service to counsel for Shulam-Mite GF Onato And Emelyn Onato, Plaintiff.

Dated this 29th day of July, 2009.

Colleen A. Broberg

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51002738.1